JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVERYTHING YOGURT BRANDS, LLC, ) | Case No. CV 23-6526 FMO (JCx) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| JONATHAN ROLLO, <u>et</u> <u>al.</u>, ) | |
| Defendants. ) | |
| _____ ) | |

    IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

Dated this 18th day of February, 2025.

 

 

                                   /s/
                              Fernando M. Olguin
                          United States District Judge